**FILED**

OCT 1 7 2016

**U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In the Matter of the Seizure of | ) |
| | ) |
| All funds up to $634,904.85 held | ) CAUSE NO. 1:16-mj-00716 |
| in Huntington Investment | ) |
| Company account number | ) |
| A730637791, for which Daniel | ) |
| Benson is a signatory. | ) |
| | ) |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana,

by Nicholas J. Linder, Assistant United States Attorney for the Southern District of Indiana, and

enters his appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Nicholas J. Linder
Assistant United States Attorney